**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  09-cr-00443-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    ALEJANDRO DIAZ-DEVIA,

       Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

      This will confirm that a status/scheduling hearing regarding Defendant Diaz-Devia is set **Monday, November 23, 2009 at 10:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.  An interpreter is required.

Dated:  October 28, 2009