**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  09-cr-00443-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     ALEJANDRO DIAZ-DEVIA,

       Defendant.

_____

**MINUTE ORDER**

_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


     This will confirm that the sentencing hearing regarding Defendant Diaz-Devia is **set Tuesday, March 16, 2010 at 8:30 a.m.**  in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.  An interpreter is required.




Dated:  January 6, 2010

_____